**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **QUINN TYLER BRUBECK,** | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. 1:25-cv-119-CWB |
| **DAVID ANTHONY LEE,** et al., | ) ) ) ) | |
| Defendants. | ) | |

## ORDER

Upon review of the latest Joint Report of Parties on Status of Settlement (Doc. 42), it is hereby **ORDERED** that the parties must no later than **February 20, 2026** either jointly file a stipulation of dismissal <u>or</u> jointly file an updated report on the status of finalizing their settlement.

**DONE** this the 22nd day of January 2026.

_____
**CHAD W. BRYAN**
**UNITED STATES MAGISTRATE JUDGE**